UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MAHMUD ABOUHALIMA,

        -against-

    20-cv-00834 (LAK)
    93-cr-180 (LAK)

UNITED STATES OF AMERICA,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

    The Second Circuit granted defendant's motion to file a successive 2255 motion on January 29, 2020. 93-cr-180 [DI 933]. The government's response to the 2255 motion shall be filed no later than April 6, 2020. Defendant shall file his reply, if any, within 60 days of the date that the government files its response.

    SO ORDERED.

Dated:    February 4, 2020

                                        Lewis A. Kaplan
                                        United States District Judge