<u>UNITED STATES DISTRICT COURT</u>
<u>SOUTHERN DISTRICT OF NEW YORK</u>

<u>MAHMUD ABOUHALIMA</u>, petitioner     2-08-020
          v.
<u>UNITED STATES OF AMERICA</u>, Respondent

                                          20cv834
                                           (LAK)

Court of Appeals Docket # 16-2191
District Court Case # S9-93-Cr-180 (LAK)

Dear: Clerk of the Court
    This is a request to change my address where I was Transfered From CMU Terre Haute, Indiana to my current incarceration at ADX Florence Colorado.

My New Address:
Mahmud Abouhalima
Reg No. 28064-054
U.S. Penitentiary Max
P.O. Box 8500
Florence, CO 81226-8500

                                       Respectfully
Date February 08, 2020                 Abouhalima

                                       Mahmud Abouhalima
                                       # 28064-054
                                       U.S. Penitentiary-Max
                                       P.O. Box 8500
                                       Florence, CO 81226