UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

          -against-                                    93-cr-180 (LAK)
                                                        (20-cv-834 (LAK))

MAHMUD ABOUHALIMA,

                      Defendant.

------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        Defendant's motion to alter or amend his judgment as to Count Nine [93-cr-180, DI 966 at ECF 2; 20-cv-834, DI 9] is denied substantially for the reasons set forth by the government's response its letter of August 13, 2020 [DI 974].

        SO ORDERED.

Dated:        September 8, 2020

                                                      _____
                                                            Lewis A. Kaplan
                                                    United States District Judge